UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN ALMONTE, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Civil Action No. 14-cv-10538-IT |
| | * |
| LUIS SPENCER, | * |
| | * |
| Respondent. | * |

ORDER

March 16, 2015

TALWANI, D.J.

Petitioner Christian Almonte ("Almonte") incorrectly named Luis Spencer as Respondent in his Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#1]. Because a petition for habeas corpus relief should be directed at the individual with direct custody over Petitioner, see Vasquez v. Reno, 233 F.3d 688, 691 (1st Cir. 2000), the proper Respondent in this case is Bruce Gelb—Superintendent of the Souza-Baranowski Correctional Center where Almonte is detained.

Accordingly, the clerk is directed to substitute Bruce Gelb for Luis Spencer as the named Respondent in this action.

/s/ Indira Talwani
United States District Judge