UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN ALMONTE, | * |
| Petitioner, | * |
| v. | * Civil Action No. 14-cv-10538-IT |
| BRUCE GELB, | * |
| Respondent. | * |

ORDER

March 18, 2015

TALWANI, D.J.

Pursuant to the court's March 16, 2015 Memorandum and Order [#22] ALLOWING Respondent's Motion to Dismiss [#10], the petition under 28 U.S.C. § 2254 for a writ of habeas corpus is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge